IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| BARBARA DUTRO,<br><br>Plaintiff,<br><br>vs.<br><br>unknown defendants,<br><br>Defendants. | Cause No. CV 11-00140-M-DWM-JCL<br><br>ORDER TO CLOSE CASE |

Plaintiff Barbara Dutro, proceeding without counsel, submitted a document which was liberally construed as a complaint. Dutro did not submit a motion to proceed in forma pauperis and did not pay the filing fee for this matter.

On October 18, 2011, this Court issued an order advising Plaintiff that in order to institute a civil action in federal court she must either pay a filing fee of $350.00 as required by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff was given until November 18, 2011 to pay the statutory filing fee of $350.00 or submit a motion to proceed in forma pauperis. Plaintiff did not comply.

No case has been initiated as there is no filing fee or motion to proceed in

forma pauperis.  Plaintiff's Complaint has not been filed, it was simply lodged with the Court.

    ACCORDINGLY, the Clerk of Court is directed to close this matter.

    DATED this 29th day of November, 2011.

                                    /s/ Jeremiah C. Lynch  
                                    Jeremiah C. Lynch  
                                    United States Magistrate Judge